**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Seoul Semiconductor Co., Ltd., *a Korean Corporation*, and Seoul Viosys Co., Ltd., *a Korean Corporation*, | ) ) ) ) | Civil Action No. 1:23-cv-02690 |
| Plaintiffs, | ) ) ) | |
| Ace Hardware Corporation, | ) ) | |
| Defendant, | ) ) ) | |

**JOINT MOTION FOR A TEMPORARY STAY OF LITIGATION PROCEEDINGS**

Plaintiffs Seoul Semiconductor Co., Ltd. and Seoul Viosys Co., Ltd. (collectively, "Seoul") and Defendant Ace Hardware Corporation ("Ace") respectfully and jointly request a thirty (30) day stay of this litigation. Seoul and Feit Electric Co., Inc. ("Feit"), one of the suppliers of the accused products, have executed a non-binding term sheet and expression of intent to resolve the various litigations pending between them, including this litigation. While the terms of the Term Sheet are confidential, they require SSC and Feit, where applicable, to jointly seek a 30-day stay in this litigation to finalize a settlement agreement incorporating the terms of the Term Sheet. SSC and Feit are optimistic that they will be able to work together in good faith to reach a final agreement. Accordingly, SSC and Ace hereby jointly request a stay of the present litigation for thirty (30) days in the interest of the parties and judicial efficiency while discussions continue toward reaching a final settlement agreement.

Dated: March 27, 2025                    Respectfully Submitted,

*/s/ Etai Lahav*                                              */s/ Kalpesh K. Shah*

David C. Radulescu, Ph.D. (*pro hac vice*)        Eric J. Maiers
Etai Lahav (*pro hac vice*)                               Matthew J. Levinstein
Jonathan Auerbach (*pro hac vice*)                   James J. Lukas , Jr
Bryon T. Wasserman (*pro hac vice*)                Olivia Catherine Mathews
**RADULESCU LLP**                                       **Greenberg Traurig, LLP**
5 Penn Plaza, 19ᵗʰ Floor                                77 W Wacker Dr Ste 3100,

New York, NY 10001
646-502-5950
david@radip.com
etai@radip.com
jonathan@radip.com
bryon@radip.com

Kevin S. Kudlac (*pro hac vice*)
**RADULESCU LLP**
111 Congress Avenue, Ste. 500
Austin, TX 78701
512-656-5743
kevin@radip.com

David Randolph Bennett
Steven G Kalberg
**Direction IP Law**
P.O. Box 14184
2620 N. Burling St.,
Chicago, IL 60614
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Attorneys for Plaintiffs*
*Seoul Semiconductor Co., Ltd., and*
*Seoul Viosys Co., Ltd.*

Chicago, IL 60601
(312) 456-8400
levinsteinm@gtlaw.com
Eric.Maiers@gtlaw.com
lukasj@gtlaw.com
Olivia.mathews@gtlaw.com

Mary F. Fetsco
**Fitch, Even, Tabin & Flannery LLP**
Illinois
120 S. LaSalle Street, Suite 2100
Chicago, IL 60603
312-577-7000
mfetsco@fitcheven.com

Simeon G. Papacostas
Kalpesh K. Shah
Cristina A. Almendarez
Theresa Starck
Eric J. Maiers
Matthew Joshua Levinstein
**Benesch, Friedlander, Coplan & Aronoff**
**LLP**
71 S. Wacker Drive, Suite 1600
Chicago, IL 60606
(312) 212-4949
SPapacostas@beneschlaw.com
kshah@beneschlaw.com
calmendarez@beneschlaw.com
tstarck@beneschlaw.com
maierse@gtlaw.com
rwhitman@fitcheven.com
levinsteinm@gtlaw.com

*Attorneys for Defendant*
*Ace Hardware Corporation*

2

DATED:  March 31, 2025                    BENESCH FRIEDLANDER
  COPLAN & ARONOFF LLP

                                     By:   */s/Kalpesh K. Shah*
         Simeon G. Papacostas
         Kalpesh K. Shah
         Cristina A. Almendarez
         Theresa Starck
         Eric J. Maiers
         Matthew Joshua Levinstein

         *Attorneys for Defendant*
         *Ace Hardware Corporation*

DATED:  March 31, 2025                    RADULESCU LLP

                                       By:   */s/ Kevin S. Kudlac*
         Kevin S Kudlac

         *Attorneys for Plaintiff*
         *Seoul Semiconductor Co., Ltd. and*
         *Seoul Viosys Co., Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via electronic filing and/or electronic mail on March 27, 2025.


/s/ *Etai Lahav*
Etai Lahav